# EXHIBIT "1"

```
AVS0351                                                          CV 2006 000127.00

                                                        JUDGE: ROBERT W BARR
------------------------------------------------------------------------------
                         ALABAMA JUDICIAL DATA CENTER
                              CASE ACTION SUMMARY
                                 CIRCUIT CIVIL
------------------------------------------------------------------------------
    IN THE CIRCUIT  COURT OF COFFEE         COUNTY

     STINNETT GROUP, LLC VS AUTO OWNERS INSURANCE CO., ET AL
  FILED:  05/23/2006 TYPE: DECLARATORY JUDGMENT TYPE TRIAL: NON-JURY   TRACK:
******************************************************************************
  DATE1:                 CA:                    CA DATE:
  DATE2:                 AMT:          $.00 PAYMENT:
  DATE3:
******************************************************************************
  PLAINTIFF   001: STINNETT GROUP, LLC
                                                 ATTORNEY: SAWYER JOSEPH E JR
                                                 SAW004    203 SOUTH EDWARDS
                   , AL 00000-0000
                    PHONE: (334)000-0000                  ENTERPRISE, AL 36330
  ENTERED:  05/23/2006 ISSUED:               TYPE:              (205)347-6447
  SERVED:               ANSWERED:            JUDGEMENT:
------------------------------------------------------------------------------
  DEFENDANT  001: AUTO OWNERS INSURANCE CO.
                   5915 CARMICHAEL RD.          ATTORNEY:
                   MONTGOMERY, AL  36117-0000
                    PHONE: (334)000-0000
  ENTERED:  05/23/2006 ISSUED: 05/16/2006 TYPE:    CERTIFIED
  SERVED:   6/26/06    ANSWERED:           JUDGEMENT:
------------------------------------------------------------------------------
```

Handwritten annotations:
- "Drew Klasing Reg. Agent" (next to Defendant address)
- "6/6/06 SOC + Rep w/d 'unserved' c/o Sawyer"
- "6/20/06 SOC re-issued"

Certified to be a true copy
Attest
Register Clerk
Circuit Court, Coffee County, AL

KAT   05/23/2006                                              CV 2006 000127.00



# SUMMONS

Case Number CV 2006-127

IN THE CIRCUIT COURT OF COFFEE COUNTY
ENTERPRISE DIVISION

**STINNETT vs. AUTO OWNERS INSURANCE CO., et al.**

| Serve on: | Drew Klasing<br>Reg. Agent for Auto Owners Ins. Co.<br>5915 Carmichael Road<br>Montgomery, AL 36117-2518 | Plaintiff's Attorney: | J. E. SAWYER, JR.<br>203 South Edwards Street<br>Enterprise, AL 36330 |

To the above named respondent:

The Complaint which is attached to this Summons is important and you must take immediate action to protect your rights, you or your attorney are required to mail or hand deliver a copy of a written answer, either admitting or denying each allegation in the complaint to the Petitioner's attorney(s) shown above or attached:

This answer must be mailed or delivered within **30** days after this summons and complaint were delivered to you or a judgment by default may be entered against you for the money or other things demanded in the complaint. YOU MUST ALSO FILE THE ORIGINAL OF YOUR ANSWER WITH THE CLERK OF THIS COURT.

( X ) TO ANY SHERIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure: You are hereby commanded to serve this Summons and a copy of the Complaint in this action upon defendant.

( ) Service by certified mail of this summons is initiated upon the written request of _____ pursuant to the Alabama Rules of Civil Procedure.

Date 6/20/06

Clerk/Register
P.O. Box 311284
Enterprise, AL 36331
(334) 347-6447

By: _____

JUN 2006
FILED
J M Counts
Court Clerk
Coffee Co. AL

Return on Service:

( ) Certified mail return receipt in this office on (date) _____ (Return receipt hereto attached).

(X) I certify that I personally delivered a copy of the summons and Complaint to Drew Klasing in Montgomery county, Alabama, on c/o Lynn Dawkins
(date) 6-26-06

6-26-06                      _____
Date                          Server's Signature

                              D.S.
_____               _____
Server's Address              Type of Process Server

CERTIFIED TO BE A TRUE COPY
ATTEST _____
REGISTER-CLERK
CIRCUIT COURT, COFFEE COUNTY, AL



Mr. James M. Counts
Clerk of Court
P.O. Box 311284
Enterprise, AL 36331

RETURN RECEIPT REQUESTED

CERTIFIED MAIL

7001 1940 0007 4211 1600

Mr. Drew Klasing
Registered Agent for
Auto Owners Insurance Company
5915 Carmichael Road
Montgomery, AL 36117

NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

CERTIFIED TO BE A TRUE COPY
ATTEST_____
REGISTER-CLERK
CIRCUIT COURT, COFFEE COUNTY, AL



# SUMMONS

Case Number CV 2006-127

## IN THE CIRCUIT COURT OF COFFEE COUNTY
### ENTERPRISE DIVISION

**STINNETT vs. AUTO OWNERS INSURANCE CO., et al.**

| | | |
|---|---|---|
| Serve on: | Drew Klasing<br>Reg. Agent for Auto Owners Ins. Co.<br>5915 Carmichael Road<br>Montgomery, AL 36117-2518 | Plaintiff's Attorney: J. E. SAWYER, JR.<br>203 South Edwards Street<br>Enterprise, AL 36330 |

To the above named respondent:

The Complaint which is attached to this Summons is important and you must take immediate action to protect your rights, you or your attorney are required to mail or hand deliver a copy of a written answer, either admitting or denying each allegation in the complaint to the Petitioner's attorney(s) shown above or attached:

This answer must be mailed or delivered within **30** days after this summons and complaint were delivered to you or a judgment by default may be entered against you for the money or other things demanded in the complaint. YOU MUST ALSO FILE THE ORIGINAL OF YOUR ANSWER WITH THE CLERK OF THIS COURT.

( X ) TO ANY SHERIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure, You are hereby commanded to serve this Summons and a copy of the Complaint in this action upon defendant.

( ) Service by certified mail of this summons is initiated upon the written request of _____ pursuant to the Alabama Rules of Civil Procedure.

Date 6/20/06 _____ By:_____

Clerk/Register
P.O. Box 311284
Enterprise, AL 36331
(334) 347-6447

Return on Service:

( ) Certified mail return receipt in this office on (date) _____ (Return receipt hereto attached).

( ) I certify that I personally delivered a copy of the summons and Complaint to _____ in _____ county, Alabama, on (date)_____

Date _____    Server's Signature _____

Server's Address _____    Type of Process Server _____

CERTIFIED TO BE A TRUE COPY
ATTEST
REGISTER-CLERK
CIRCUIT COURT, COFFEE COUNTY, AL

| State of Alabama<br>Unified Judicial System<br>Form C-34    Rev 6/88 | **SUMMONS**<br>**- CIVIL -** | Case Number<br>CV-2006-127 |
|---|---|---|

IN THE _____CIRCUIT_____ COURT OF _____COFFEE_____ COUNTY

**Plaintiff**   STINNETT GROUP, L.L.C   **v. Defendant**   AUTO OWNERS INSURANCE CO., ET AL.

NOTICE TO _____Drew Klasing, Reg. Agent for Auto Owners Ins. Co., 5915 Carmichael Road, Montgomery, AL 36117_____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY _____J.E. SAWYER, JR._____ WHOSE ADDRESS IS _____203 SOUTH EDWARDS STREET, ENTERPRISE, ALABAMA 36330_____

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN ___30___ DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.

☒ Service by certified mail of this summons is initiated upon the written request of _____ pursuant to the Alabama Rules of Civil Procedure.

Date ___5/26/06___   _____/s/_____ By: _____
                              Clerk/Register

☒ Certified Mail is hereby requested.

_____
Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☒ Return receipt of certified mail received in this office on _____ (Date).

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____ in _____ County, Alabama on _____ (Date).

Date _____   Server's Signature _____

Address of Server _____   Type of Process Server _____

CERTIFIED TO BE A TRUE COPY
ATTEST _____
REGISTER CLERK
CIRCUIT COURT COFFEE COUNTY, AL

IN THE CIRCUIT COURT OF COFFEE COUNTY, ALABAMA
ENTERPRISE DIVISION

| | |
|---|---|
| STINNETT GROUP, LLC, | * |
| Plaintiff, | * |
| VS. | * CASE NO: CV 2006- 127 |
| AUTO OWNERS INSURANCE, and X, Y, and Z, either business entities or individuals whose names are otherwise unknown but will be substituted by amendment when ascertained, Defendants. | * * * |



## COMPLAINT FOR DECLARATORY JUDGMENT

This action is brought and the Court's jurisdiction is invoked pursuant to the provisions of the Code of Alabama, 1975, Section 6-6-220 et seq.

1. Plaintiff, STINNETT GROUP LLC is an Alabama limited liability company, whose principal office is 301 East Grubbs Street, Enterprise, Alabama 36330.

2. Defendant, AUTO OWNERS INSURANCE, is an insurance entity doing business in the State of Alabama.

3. Defendants X, Y, AND Z, are believed to be residents of State of Alabama and other states of the United States, whose names are otherwise unknown at the present but will be substituted by amendment when ascertained.

4. There exists an actual controversy between Plaintiff and Defendants.

5. That Plaintiff brings this Bill for Declaratory Judgment against all of the Defendants stating that Plaintiff was denied coverage by Defendants. See "Exhibit A".

6. That Plaintiff brings this Bill for Declaratory Judgment against all of the Defendants stating that Defendants are responsible for providing a defense for Plaintiff in the event Plaintiff is sued. Defendants are responsible for providing Plaintiff said defense pursuant to Plaintiff's policy of insurance

CERTIFIED TO BE A TRUE COPY
ATTEST
REGISTER CLERK
CIRCUIT COURT COFFEE COUNTY, AL

coverage issued by Defendants. More particularly, Defendants are responsible for providing a defense for Plaintiff in lawsuit against Plaintiff pending in the Circuit Court of Lee County, Alabama.

WHEREFORE, Plaintiff prays that the Court upon a final hearing will render a declaratory judgment adjudging the rights of the parties. Plaintiff further prays for such other and further relief as this Court may be just and proper, attorney's fees plus the costs of this action.

Dated this 28 day of March, 2006.

By: _____
STINNETT GROUP, LLC.
MANAGING MEMBER: Dale Stinnett

_____
J. E. Sawyer, Jr.
Attorney for Plaintiff
203 S. Edwards Street
Enterprise, Alabama 36330
(334) 347-6447

STATE OF ALABAMA         *
                         *
COUNTY OF COFFEE         *

Before me, the undersigned authority, a Notary Public in and for the State of Alabama at Large, personally appeared, Dale Stinnett, as Managing Member of Stinnett Group, L.L.C. who being by me first duly sworn, depose and say that he has read the allegations contained in the foregoing complaint and that same are true and correct to the best of his knowledge on this ____ day of March, 2006.

_____
DALE STINNETT, acting manager for:
STINNETT GROUP, LLC.

SWORN TO AND SUBSCRIBED BEFORE ME on this the 28 day of MARCH 2006.

_____
NOTARY PUBLIC
My Commission Expires: 3/8/09

CERTIFIED TO BE A TRUE COPY
ATTEST _____
REGISTER-CLERK
CIRCUIT COURT, COFFEE COUNTY, AL

AUTO-OWNERS INSURANCE COMPANY
AUTO-OWNERS LIFE INSURANCE COMPANY
HOME-OWNERS INSURANCE COMPANY
OWNERS INSURANCE COMPANY
PROPERTY-OWNERS INSURANCE COMPANY
SOUTHERN-OWNERS INSURANCE COMPANY





P.O. Box 244017 (CLAIMS)
Montgomery, Alabama 36124
PHONE (334) 279-0323
FAX (334) 271-0481

August 3, 2005

Mr. Dale Stinnett
Stinnett Group, LLC
301 East Grubbs St.
Enterprise, AL 36330

**CERTIFIED MAIL
RETURN RECEIPT REQUESTED**

RE:    Claim Number:    37-3240-05
       Insured:    Stinnett Group, LLC.
       Claimant:    Huff & Associates
       Lawsuit No:    CV-04-797 Circuit Court of Lee County, Alabama
       Subject:    Request for Defense and Indemnity

Dear Mr. Stinnett:

Auto-Owners has received and reviewed the above referenced lawsuit filed against you in the Circuit Court of Lee County, Alabama. The purpose of this letter is to advise you that Auto-Owners must, respectfully, deny coverage for defense and indemnity for the following reasons:

This lawsuit alleges under both counts that Stinnett Group breached the contract by failing to complete the work in accordance with the schedule of work and unworkmanlike performance in connection with your work.

Your policy contains endorsement CG0001 (11-88) Commercial General Liability Coverage Form which contains the following:

**SECTION I - COVERAGES**

**COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY**

**1. Insuring Agreement.**

CERTIFIED TO BE A TRUE COPY
TEST
REGISTER CLERK
CIRCUIT COURT, COFFEE COUNTY, AL

~ *Serving Our Policyholders and Agents for More Than 85 Years* ~

**Page 2**

**b.** This insurance applies to "bodily injury" and "property damage" only if:

(1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory;" and

(2) The "bodily injury" or "property damage" occurs during the policy period.

**SECTION V - DEFINITIONS**

3. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

12. "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss shall be deemed to occur at the time of the "occurrence" that caused it.

9. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**COVERAGE B. PERSONAL AND ADVERTISING INJURY LIABILITY**

**1. Insuring Agreement.**

**b.** This insurance applies to:

(1) "Personal injury" caused by an offense arising out of your business, excluding advertising, publishing, broadcasting or telecasting done by or for you;

(2) "Advertising injury" caused by an offense committed in the course of advertising your goods, products or services;

but only if the offense was committed in the "coverage territory" during the policy period.

**SECTION V - DEFINITIONS**

1. "Advertising injury" means injury arising out of one or more of the following offenses:

CERTIFIED TO BE A TRUE COPY
REGISTER CLERK
CIRCUIT COURT COFFEE COUNTY, AL

**Page 3**

    **a.** Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

    **b.** Oral or written publication of material that violates a person's right of privacy;

    **c.** Misappropriation of advertising ideas or style of doing business; or

    **d.** Infringement of copyright, title or slogan.

**10.** "Personal injury" means injury, other than "bodily injury," arising out of one or more of the following offenses:

    **a.** False arrest, detention or imprisonment;

    **b.** Malicious prosecution;

    **c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies by or on behalf of its owner, landlord or lessor;

    **d.** Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services; or

    **e.** Oral or written publication of material that violates a person's right of privacy.

As you can see from the above language in your policy there is no coverage as there is no claims in the complaint for Bodily Injury, Advertising Injury, Personal Injury or Property Damage as defined in the policy. The claims made against you do not constitute an occurrence as defined in the policy. Also, Breach of Contract is not an occurrence.

As to the claim for your failure to do the work in an workmanlike manor the following applies:

**2. Exclusions.**

    This insurance does not apply to:

**j.** "Property damage" to:

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

THIS IS A TRUE COPY
REGISTER-CLERK
CIRCUIT COURT COFFEE COUNTY, AL

Page 4

k. "Property damage" to "your product" arising out of it or any part of it.

l. "Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard."

**SECTION V - DEFINITIONS**

14. "Your product" means:

   a. Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

   (1) You;

   (2) Others trading under your name; or

   (3) A person or organization whose business or assets you have acquired; and

   b. Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

   "Your product" includes:

   a. Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product;" and

   b. The providing of or failure to provide warnings or instructions.

   "Your product" does not include vending machines or other property rented to or located for the use of others but not sold.

15. "Your work" means:

   a. Work or operations performed by you or on your behalf; and

   b. Materials, parts or equipment furnished in connection with such work or operations.

   "Your work" includes:

   a. Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work;" and

   b. The providing of or failure to provide warnings or instructions.

TO BE A TRUE COPY
CLERK
CIRCUIT COURT, COFFEE COUNTY, AL

*Auto-Owners Insurance*

Page 5

Therefore, due to the foregoing reasons, there is no coverage for the claims made against Stinnett Group, LLC. and Auto-Owners has no duty to defend and/or indemnify its insured.

**YOU SHOULD CONSULT WITH YOUR OWN PERSONAL ATTORNEY TO PROTECT YOUR INTEREST IN THIS MATTER**

If you have or obtain any information which may be relevant or may change the facts or circumstances of the loss as stated above, please forward the information to my attention immediately. Any amended lawsuit should be made available to Auto-Owners for immediate review.

Please be advised that this letter does not waive any rights or defenses which Auto-Owners Insurance Company may have regarding this matter under any policy of insurance issued by Auto-Owners Insurance, whether or not such claims or defenses are set forth herein. Auto-Owners Insurance reserves the right to supplement this letter upon receipt of further information which may subsequently become available.

Thank you for your time and consideration in this matter. If you need any further assistance, please give me a call at 1-800-548-9881 ext. 204.

Sincerely,

*Bill Reaves*

Bill Reaves
Field Claim Representative

BR/bw

cc: Insured by regular mail

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev.5/99 | COVER SHEET<br>CIRCUIT COURT – CIVIL CASE<br>(Not For Domestic Relations Cases) | Case Number<br>C V 2006 127 - <br>Date of Filing:                    Judge Code:<br>Month    Day    Year |

## GENERAL INFORMATION

IN THE CIRCUIT COURT OF _____COFFEE COUNTY_____, ALABAMA
(Name of County)

_____STINNETT GROUP, LLC_____ v. _____AUTO OWNERS INSURANCE, ET AL._____
Plaintiff                                                              Defendant

**First Plaintiff:** ✓ Business  ☐ Individual  ☐ Government  ☐ Other
**First Defendant:** ✓ Business  ☐ Individual  ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) the best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale for Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ✓ CVXX - Miscellaneous Circuit Civil Case

(Stamp: MAY 2006 FILED J.M. Counts Court Clerk Coffee County)

**ORIGIN** (check one):   F ✓ INITIAL FILING     A ☐ APPEAL FROM DISTRICT COURT     O ☐ OTHER: _____
                         R ☐ REMANDED            T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?**  ☐ YES  ✓ NO    Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:**  ✓ MONETARY AWARD REQUESTED    ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:** S A W 0 0 4

Date _____    Signature of Attorney/Party filing this form _____

**MEDIATION REQUESTED:**  ☐ YES  ☐ NO  ☐ UNDECIDED



| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93  Rev.5/99 | **COVER SHEET**<br>**CIRCUIT COURT — CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number<br>C V 2 0 0 6  1 2 7 - <br>Date of Filing:        Judge Code:<br>Month  Day  Year |

## GENERAL INFORMATION

IN THE CIRCUIT COURT OF _____ COFFEE COUNTY _____, ALABAMA
(Name of County)

_____STINNETT GROUP, LLC_____ v. _____AUTO OWNERS INSURANCE, ET AL._____
         Plaintiff                                              Defendant

First Plaintiff: ☑ Business  ☐ Individual  ☐ Government  ☐ Other
First Defendant: ☑ Business  ☐ Individual  ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) the best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☑ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN** (check one):
- F ☑ INITIAL FILING
- A ☐ APPEAL FROM DISTRICT COURT
- O ☐ OTHER: _____
- R ☐ REMANDED
- T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☐ YES ☑ NO    Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:** ☑ MONETARY AWARD REQUESTED    ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:** S A W 0 0 4

24 May 2006
Date                          Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:** ☐ YES ☐ NO ☑ UNDECIDED

