# EXHIBIT "2"

**IN THE CIRCUIT COURT OF
COFFEE COUNTY, ALABAMA
ENTERPRISE DIVISION**

| | | |
|---|---|---|
| **STINNETT GROUP, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.: CV-2006-127** |
| | ) | |
| **AUTO OWNERS INSURANCE, and** | ) | |
| **X, Y, and Z, either business entities** | ) | |
| **or individuals are whose names are** | ) | |
| **otherwise unknown but will be** | ) | |
| **substituted by amendment when** | ) | |
| **ascertained,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF FILING OF NOTICE OF REMOVAL

**TO:**

Hon. James M. Counts
Coffee County Circuit Clerk
P.O. Box 311284
99 Edwards Street
Enterprise, AL 36330

Hon. J. E. Sawyer, Jr.
203 S. Edwards Street
Enterprise, Alabama 36330

Please take notice that Defendant designated in the above styled action as Auto Owners Insurance (a trade name), whose true and correct name is Owners Insurance Company, and who is a member of the Auto-Owners Insurance group of companies, has on this date filed its Notice of Removal, a true and correct copy of which is attached hereto as Exhibit "A", in the Office of the Clerk of the United States District Court for the Middle District of Alabama, Southern Division at Montgomery, Alabama.

Dated this the _18th_ day of _July_____, 2006.

**ROGER S. MORROW (MOR032)**

**JOEL H. PEARSON(PEA019)**
**Attorneys for Defendant Auto Owners**
**Insurance, whose true and correct name**
**Is Owners Insurance Company**

**OF COUNSEL:**

**MORROW, ROMINE & PEARSON, P. C.**
**122 South Hull Street**
**P. O. Box 4804**
**Montgomery, Alabama 36103-4804**
**Telephone:  (334) 262-7707**
**Facsimile:   (334) 262-7742**

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the following by placing a copy of same in the United States mail, first class postage prepaid on this the _18th_ day of _July_____, 2006.

Hon. J. E. Sawyer, Jr.
203 S. Edwards Street
Enterprise, Alabama 36330

**OF COUNSEL**