# EXHIBIT "3"

# *Owners*

Page   1

55040  (11/87)
Issued   08-20-2004

INSURANCE COMPANY
6101 ANACAPRI BLVD., LANSING, MI 48917-3999

**TAILORED PROTECTION POLICY DECLARATIONS**

Reissue Effective  09-13-2004

AGENCY  WHITTAKER-WARREN INSURANCE INC
17-0877-00        MKT TERR 040        (334) 347-2631

**POLICY NUMBER**  974617-38166390-04

INSURED  STINNETT GROUP LLC

ADDRESS  301 EAST GRUBBS STREET

ENTERPRISE, AL  36330-2612

| Company Bill | POLICY TERM | |
|---|---|---|
| | 12:01 a.m. | 12:01 a.m. |
| | 09-13-2004 to | 09-13-2005 |

---

### COMMERCIAL GENERAL LIABILITY COVERAGE

**LIMITS OF INSURANCE**

| | | |
|---|---|---|
| Bodily Injury General Aggregate Limit | $1,000,000 | |
| Property Damage General Aggregate Limit | 1,000,000 | |
| Bodily Injury Products/Completed Operations Aggregate Limit | 1,000,000 | |
| Property Damage Products/Completed Operations Aggregate Limit | $1,000,000 | |
| Personal And Advertising Injury Limit | 1,000,000 | |
| Bodily Injury Each Occurrence Limit | 1,000,000 | |
| Property Damage Each Occurrence Limit | 1,000,000 | |
| Fire Damage Limit | 50,000 | Any One Fire |
| Medical Expense Limit | 5,000 | Any One Person |
| Bodily Injury Hired Auto & Non-Owned Auto Limit | 1,000,000 | Each Occurrence |
| Property Damage Hired Auto & Non-Owned Auto Limit | 1,000,000 | Each Occurrence |

Twice the "General Aggregate Limit", shown above, is provided at no additional
charge for each 12 month period in accordance with form 55050.

**AUDIT TYPE:** Annual Audit

**FORMS THAT APPLY TO LIABILITY:** 59351  (02-03)   55118  (08-91)   55146  (07-96)
55068  (08-89)   IL0021  (11-85)   55029  (07-87)   CG0001  (11-88)   CG0108  (11-85)
IL0017  (11-85)   55064  (07-87)   CL175  (02-86)   55089  (01-88)   CG2147  (09-89)
55137  (06-92)   55051  (07-87)   55183  (11-95)   55202  (05-00)   55145  (12-01)
55050  (06-01)   55168  (11-95)   55028  (01-03)

**LOCATION OF PREMISES YOU OWN, RENT OR OCCUPY**

LOC 001   BLDG 001   423 Glover Ave
                        Enterprise, AL  36330-2022

**TERRITORY:**  009    **COUNTY:**  Coffee

| Classification | Subline | Premium Basis | Rates | Premium |
|---|---|---|---|---|
| **CODE 21585** Premier Contractors Class Sub-Contracted Work | Prem/Op Prod/Comp Op | Total Costs 117,760 117,760 | Each 1000 .975 2.432 | $115.00 $286.00 |
| **CODE 24001** Premier Contractors Class Hired Auto & Non-Owned Auto Liability | Auto | Flat Charge | | $67.00 |
| **CODE 25647** Premier Contractors Class Heating/Air Conditioning Installation/Service/Repair No Lpg | Prem/Op Prod/Comp Op | Payroll 158,756 158,756 | Each 1000 31.365 9.185 | $4,978.00 $1,458.00 |