# EXHIBIT "4"

## IN THE CIRCUIT COURT OF LEE COUNTY, ALABAMA

| | |
|---|---|
| Stinnett Group, LLC, dba Stinnett Heating and Cooling,<br><br>Plaintiff,<br><br>vs.<br><br>Huff and Associates Construction Co., Inc.,<br><br>Defendant. | Case Action: CV-2004-____ |

## COMPLAINT

1. Plaintiff is an Alabama limited liability company, whose principal office is at 301 East Grubbs Avenue, Enterprise, Alabama, 36330-2612.
2. Defendant is an Alabama business corporation, whose principal office is at 1220 Fox Run Parkway, Opelika, Alabama, 36803.

## COUNT ONE

3. On or about June 18, 2003, the Plaintiff and the Defendant entered into a Subcontract, wherein the Plaintiff provided to the Defendant certain heating, air conditioning and ventilating services and construction.
4. Defendant owes Plaintiff the sum of $159,209.60 for work, labor and materials provided for the Defendant by the Plaintiff pursuant to the Subcontract dated June 18, 2003, at the Defendant's request.

Wherefore Plaintiff demands judgment against the Defendant in the sum of $159,209.60 for interests and costs.

## COUNT TWO

5. On or about November 18, 2003, the Plaintiff and the Defendant entered into a Subcontract, wherein the Plaintiff provided to the Defendant certain heating, air conditioning and ventilating services and construction.

6. Defendant owes Plaintiff the sum of $52,753.89 for work, labor and materials provided for the Defendant by the Plaintiff pursuant to the Subcontract dated November 18, 2003, at the Defendant's request.

Wherefore Plaintiff demands judgment against the Defendant in the sum of $52,753.89 for interests and costs.

Stinnett Group, LLC

By: K. Dal S

It's _managing member_

STATE OF ALABAMA     )
RANDOLPH COUNTY      )

I, the undersigned authority, a Notary Public in and for said State and County, do hereby certify that _Dale Stinnett_, whose name is signed to the foregoing document, and who is known to me, acknowledged before me this day that, being informed of the contents of the document, he/she has executed the same voluntarily on the day the same bears date.

Given under my hand and seal this _19_ day of _November_, 2004.

NOTARY PUBLIC
My Commission Expires:

ELIZABETH M. SMITH
Notary Public, State of Alabama
Alabama State At Large
My Commission Expires
August 20, 2008

S. SANFORD HOLLIDAY
Attorney for Plaintiff
4521 U.S. Highway 431
Post Office Box 727
Roanoke, Alabama 36274
Telephone: (334) 863-2717
SJIS: HOL 031

Plaintiff requests service on the Defendant by the Sheriff of Lee County, Alabama, at:

Huff and Associates Construction Co., Inc.
Attn: John T. Huff, Jr.
1220 Fox Run Parkway
Opelika, AL 36803

S. SANFORD HOLLIDAY
Attorney for Plaintiff