IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2006 JUL 24  A 10: 19

. . . HACKETT
 DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| **STINNETT GROUP, LLC** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: 1:06-cv-634 |
| | ) | |
| **AUTO OWNERS INSURANCE, and** | ) | |
| X, Y, and Z, either business entities | ) | |
| or individuals whose names are | ) | |
| otherwise unknown but will be | ) | |
| substituted by amendment when | ) | |
| ascertained, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

**COMES NOW**, Defendant designated in the above styled action as Auto Owners Insurance (a trade name), whose true and correct name is Owners Insurance Company, and who is a member of the Auto-Owners Insurance group of companies, and files its corporate disclosure statement of all parent companies, subsidiaries and affiliates. Owners Insurance Company is a stock insurance company incorporated under the laws of the State of Ohio with its principal place of business in the State of Ohio. Other affiliated companies include Auto-Owners Insurance Company, Auto-Owners Life Insurance Company, Home-Owners Insurance Company, Property-Owners Insurance Company, and Southern-Owners Insurance Company. None are publically traded companies.

Dated this the 24th day of July, 2006.

_____
**ROGER S. MORROW (MOR032)**

_____
**JOEL H. PEARSON(PEA019)**
**Attorneys for Defendant, Auto Owners Insurance, whose true and correct name is Owners Insurance Company**

**OF COUNSEL:**

**MORROW, ROMINE & PEARSON, P. C.**
**122 South Hull Street**
**P. O. Box 4804**
**Montgomery, Alabama 36103-4804**
**Telephone:  (334) 262-7707**
**Facsimile:   (334) 262-7742**

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the following by placing a copy of same in the United States mail, first class postage prepaid on this the 24th day of July, 2006.

Hon. J. E. Sawyer, Jr.
203 S. Edwards Street
Enterprise, Alabama 36330

_____
OF COUNSEL