**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                           TELEPHONE (334) 954-3600


August 2, 2006

## NOTICE OF REASSIGNMENT

RE:   Stinnett Group, LLC v. Auto Owners Insurance
      Civil Action No. 1:06cv00634-VPM

The above-styled case has been reassigned to District Judge W. Keith Watkins.

Please note that the case number is now 1:06cv00634-WKW.  This new case number should be used on all future correspondence and pleadings in this action.


Sincerely,


Sheryl K. Lent
Deputy Clerk