IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2007 MAY -4  P 2: 46

| | |
|---|---|
| STINNETT GROUP, LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: 1:06-cv-634-WKW |
| ) | |
| AUTO OWNERS INSURANCE, et al., ) | |
| ) | |
| Defendants. ) | |

### EVIDENTIARY SUBMISSION OF DEFENDANT/COUNTERCLAIM PLAINTIFF, OWNERS INSURANCE COMPANY, INCORRECTLY NAMED IN THE COMPLAINT AS AUTO OWNERS INSURANCE IN SUPPORT OF DEFENDANT/COUNTERCLAIM PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

**COMES NOW** Defendant, designated in the above-styled action as Auto Owners Insurance (a trade name) whose true and correct name is Owners Insurance Company (hereinafter "Owners Insurance") and files its Evidentiary Submission in Support of its Motion for Summary Judgment filed contemporaneously herewith in this cause as follows, to wit:

1. The certified copies of the complaint of Stinnett Group, LLC, the answer and counterclaim of Huff & Associates, the answer to counterclaim of Stinnett Group, and amendments thereto, and other records filed in the underlying action in the Circuit Court for Lee County, Alabama styled Stinnett Group, LLC, etc. v. Huff & Associates Construction Company, Inc., Civil Action No.: CV-04-797 attached hereto as Exhibit "1".

2. The Owners Insurance Company certified policy of insurance for the policy period 13 September 2002 to 13 September 2003 and the authenticating affidavit of Todd Worley attached hereto as Exhibit "2".

3. The Owners Insurance Company certified policy of insurance for the policy period 13 September 2003 to 13 September 2004 and the authenticating affidavit of Todd Worley attached hereto as Exhibit "3".

4. The Owners Insurance Company certified policy of insurance for the policy period 13 September 2004 to 13 September 2005 and the authenticating affidavit of Todd Worley attached hereto as Exhibit "4".

Dated this the 4th day of May, 2007.

_____
ROGER S. MORROW (MOR032)

_____
JOEL H. PEARSON (PEA019)
Attorneys for Defendant Auto Owners
Insurance, whose true and correct name is
Owners Insurance Company

OF COUNSEL:

**MORROW, ROMINE & PEARSON, P. C.**
122 South Hull Street
P. O. Box 4804
Montgomery, Alabama 36103-4804
Telephone: (334) 262-7707
Facsimile: (334) 262-7742

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the following by placing a copy of same in the United States mail, first class postage prepaid on this the 4th day of May, 2007.

Hon. J. E. Sawyer, Jr.
203 S. Edwards Street
Enterprise, Alabama 36330

_____
OF COUNSEL