**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

May 29, 2007

# NOTICE OF CORRECTION

**From:** Clerk's Office

**Case Style:** Stinnett Group, LLC v. Auto Owners Insurance

**Case Number:** 1:06cv00634-WKW

**This Notice of Correction was filed in the referenced case this date to correct the PDF document previously attached.**

**The correct PDF document is attached to this notice for your review. Reference is made to document # 13 filed on May 25, 2007.**